IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABDUL HADI, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-12-3511 |
| | § | |
| UNITED STATES OF AMERICA and DEPARTMENT OF STATE, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 25), this action is dismissed with prejudice.

SIGNED on July 12, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge